# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Karen Sanders, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>Medtronic, Inc.,<br><br>              Defendant. | Case No. 0:26-cv-2406 (DWF/DLM) |
| Hark Kiser, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>Medtronic, Inc.,<br><br>              Defendant. | Case No. 0:26-cv-02411 (DWF/DLM) |
| Robin Jennings, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br><br>              Defendant. | Case No. 0:26-cv-02414 (DWF/DLM) |
| Adam McLain, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br><br>              Defendant. | Case No. 0:26-cv-02416 (DWF/DLM) |

2

| | |
|---|---|
| Sabrina Marquardt, individually and on behalf of all others similarly situated,<br>                     Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>                     Defendant. | Case No. 0:26-cv-02418 (DWF/DLM) |
| Edward McCollough, individually and on behalf of all others similarly situated,<br>                     Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>                     Defendant. | Case No. 0:26-cv-02436 (DWF/DLM) |
| Tristan Tanner, individually and on behalf of all others similarly situated,<br>                     Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>                     Defendant. | Case No. 0:26-cv-02445 (DWF/DLM) |
| Wanda Trevino, individually and on behalf of all others similarly situated,<br>                     Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>                     Defendant. | Case No. 0:26-cv-02446 (DWF/DLM) |

| | |
|---|---|
| Terri Running, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>    Defendant. | Case No. 0:26-cv-02470 (DWF/DLM) |
| Randy Knuckles, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>    Defendant. | Case No. 0:26-cv-02473 (DWF/DLM) |
| Celeste Williams, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>    Defendant. | Case No. 0:26-cv-02548 (DWF/DLM) |
| Richard Loughry, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>    Defendant. | Case No. 0:26-cv-02555 (DWF/DLM) |

| | |
|---|---|
| Jerome McGrew, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>          Defendant. | Case No. 0:26-cv-02558 (DWF/DLM) |
| Carlos Jackson, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>          Defendant. | Case No. 0:26-cv-02598 (DWF/DLM) |
| David Holmes, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>Medtronic Inc.,<br>          Defendant. | Case No. 0:26-cv-02618 (DWF/DLM) |

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Marjan A. Batchelor shall appear as counsel of record for Defendant Medtronic Inc. in this case.

Dated:  June 4th, 2026                    Respectfully submitted,

                                 */s/ Marjan A. Batchelor*
                                 Marjan A. Batchelor (#0396346)
                                 **MAYER BROWN LLP**
                                 700 Louisiana St., Suite 3400
                                 Houston, TX  77002
                                 Ph: (713) 238-3000
                                 mbatchelor@mayerbrown.com

4