# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **KAREN SANDERS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MEDTRONIC, INC.**,<br><br>Defendant. | Case No. 0:26-cv-2406 (DWF/DLM) |
| **HARK KISER**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MEDTRONIC, INC.**,<br><br>Defendant. | Case No. 0:26-cv-02411 (DWF/DLM) |
| **ROBIN JENNINGS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>Defendant. | Case No. 0:26-cv-02414 (DWF/DLM) |

1

| | |
|---|---|
| **ADAM MCLAIN**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>        Defendant. | Case No. 0:26-cv-02416 (DWF/DLM) |
| **SABRINA MARQUARDT**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>        Defendant. | Case No. 0:26-cv-02418 (DWF/DLM) |
| **EDWARD MCCOLLOUGH**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>        Defendant. | Case No. 0:26-cv-02436 (DWF/DLM) |

| | |
|---|---|
| **TRISTAN TANNER**, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>              Defendant. | Case No. 0:26-cv-02445 (DWF/DLM) |
| **WANDA TREVINO**, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>              Defendant. | Case No. 0:26-cv-02446 (DWF/DLM) |
| **HARVEY EDELL** and **CHRIS RATHS**, individually and on behalf of all others similarly situated,<br>              Plaintiffs,<br><br>v.<br><br>**MEDTRONIC INC.; MEDTRONIC USA, INC.**,<br><br>              Defendants. | Case No. 0:26-cv-02465 (DWF/DLM) |

| | |
|---|---|
| **TERRI RUNNING**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>        Defendant. | Case No. 0:26-cv-02470 (DWF/DLM) |
| **RANDY KNUCKLES**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>        Defendant. | Case No. 0:26-cv-02473 (DWF/DLM) |
| **PAUL CARTWRIGHT**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**MEDTRONIC, INC.; MEDTRONIC USA, INC.**,<br><br>        Defendants. | Case No. 0:26-cv-02495 (DWF/DLM) |

4

| | |
|---|---|
| **CELESTE WILLIAMS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>Defendant. | Case No. 0:26-cv-02548 (DWF/DLM) |
| **RICHARD LOUGHRY**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>Defendant. | Case No. 0:26-cv-02555 (DWF/DLM) |
| **JEROME MCGREW**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>Defendant. | Case No. 0:26-cv-02558 (DWF/DLM) |

| | |
|---|---|
| **DAWN VAN DER STEEG**, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.; MEDTRONIC USA, INC.**,<br>   Defendants. | Case No. 0:26-cv-02584 (DWF/DLM) |
| **CARLOS JACKSON**, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>   Defendant. | Case No. 0:26-cv-02598 (DWF/DLM) |
| **DAVID HOLMES**, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>   Defendant. | Case No. 0:26-cv-02618 (DWF/DLM) |

| | |
|---|---|
| **LISA RILEY**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>Defendant. | Case No. 0:24-cv-02663 (DWF/DLM) |
| **SHANON QUALLEY**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MEDTRONIC INC.**,<br><br>Defendant. | Case No. 0:26-02652 (DWF/DLM) |

## JOINT MOTION FOR PRETRIAL ORDER

On June 5, 2026, the Court held a status conference at the Parties' request regarding consolidation and coordination of the above-captioned actions. The parties advised the Court that they had reached agreement on a limited pretrial schedule and that Plaintiffs' counsel had reached agreements with respect to other preliminary matters, such as designating temporary lead counsel. Accordingly, the Parties respectfully submit this proposed Pretrial Order, and requests that the Court order the following:

7

1.      That the above-captioned matters, and any other later actions filed in, transferred, to, or removed to this District as related actions, be consolidated into a single case file without future motion or order;

2.      That until further order from the Court, the following preliminary schedule be set:

| Event | Proposed Date |
|---|---|
| File consolidated complaint by: | July 10, 2026 |
| File answer or pre-pleading motion by: | September 8, 2026 |
| File response to any pre-pleading motion by: | October 7, 2026 |
| File reply regarding any pre-pleading motion by: | October 28, 2026 |
| File Rule 26(f) reports | 14 days following the Court's order on any pre-pleading motions |

3.      That discovery be stayed until 14 days after the Court issues an order on any pre-pleading motions.

4.      Plaintiffs' counsel have conferred and agree that the following counsel be designated as Plaintiffs' Temporary Lead Counsel[1]:

Daniel E Gustafson
Gustafson Gluek PLLC
Canadian Pacific Plaza
Suite 2600
120 South Sixth Street
Minneapolis, MN 55402
Office Phone: (612) 333-8844
dgustafson@gustafsongluek.com

---

[1] Defendants take no position on Plaintiffs' request to designate Temporary Lead Counsel or with respect to Plaintiffs' time to submit future applications for appointment of lead counsel.

5.     That Plaintiffs submit for the Court's consideration a consensus recommendation as to the organization of Plaintiffs' counsel by June 23, 2026, or, in the absence of such consensus, that applications for appointment of lead counsel be submitted by June 25, 2026.

6.     That other preliminary procedures be governed by the proposed order submitted herewith, or by any other procedures that the Court deems proper.

Dated: June 16, 2026

Dated: June 16, 2026

By: /s/ Raina C. Borrelli
Raina C. Borrelli (SBN: 0392127)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

John J. Nelson (pro hac vice forthcoming)
MILBERG, PLLC
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com

*Attorneys for Plaintiff Sanders*

Raina C. Borrelli (SBN: 0392127)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

By: /s/*Marjan A. Batchelor*
Marjan A. Batchelor (#0396346)
John Nadolenco (#181128)
Stephen Lilley (#247592)
David J. Lizmi (#4895256)
MAYER BROWN LLP
700 Louisiana St., Suite 3400
Houston, TX 77002
Telephone: (713) 238-3000
mbatchelor@mayerbrown.com
jnadolenco@mayerbrown.com
slilley@mayerbrown.com
dlizmi@mayerbrown.com

*Attorneys for Defendant*

raina@straussborrelli.com
Jeff Ostrow (pro hac vice forthcoming)
KOPELOWITZ OSTROW P.A.
One W Las Olas Blvd, Suite 500
Fort Lauderdale, Fl 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

*Attorneys for Plaintiff Kiser*

Brian C. Gudmundson (MN Bar No. 0336695)
Michael L. Laird (MN Bar No. 0398436)
Madison M. DeMaris (MN Bar No. 0403467)
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
madison.demaris@zimmreed.com

*Attorneys for Plaintiff Jennings*

Garrett D. Blanchfield (209855)
Brant D. Penney (316878)
REINHARDT WENDORF &
BLANCHFIELD
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (651) 287-2100
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

Israel David (pro hac vice forthcoming)
Adam M. Harris (pro hac vice
forthcoming)
ISRAEL DAVID LLC
60 Broad Street, Suite 2900
New York, New York 10004
Telephone: (212) 350-8850

10

israel.david@davidllc.com
adam.harris@davidllc.com

Mark A. Cianci (pro hac vice
forthcoming)
ISRAEL DAVID LLC
399 Boylston Street, Floor 6, Suite 23
Boston, Massachusetts 02116
Telephone: (617) 295-7771
mark.cianci@davidllc.com

*Attorneys for Plaintiff McLain*

Nicole S. Frank (#0388822)
3600 American Boulevard West, Ste. 670
Bloomington, MN 55431
(612) 474-1811
nfrank@banclaw.com

BAILEY GLASSER LLP
Bart D. Cohen (pro hac vice forthcoming)
Panida Anderson (pro hac vice
forthcoming)
1055 Thomas Jefferson Street NW
Suite 540
Washington, DC 20007
(202) 463-2101
bcohen@baileyglasser.com
panderson@baileyglasser.com

*Attorneys for Plaintiff Marquardt*

Brian C. Gudmundson (MN Bar No.
0336695)
Michael L. Laird (MN Bar No. 0398436)
Madison M. DeMaris (MN Bar No.
0403467)
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com

11

michael.laird@zimmreed.com
madison.demaris@zimmreed.com

Gerald D. Wells, III (PA ID 88277)
Stephen E. Connolly (PA ID 86130)
LYNCH CARPENTER, LLP
1760 Market Street, Suite 600
Philadelphia, PA 19103
Telephone: (267) 609-6910
Facsimile: (267) 609-6955
jerry@lcllp.com
steve@lcllp.com

*Attorneys for Plaintiff McCollough*

Daniel E. Gustafson (#202241)
David A. Goodwin (#386715)
Joe E. Nelson (#402378)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
jnelson@gustafsongluek.com

WOODS LONERGAN PLLC
James F. Woods (pro hac vice
forthcoming)
Annie E. Causey (pro hac vice
forthcoming)
60 East 42nd Street, Suite 1410
New York, New York 10165
Tel: 212.684.2500
jwoods@woodslaw.com
acausey@woodslaw.com

*Attorneys for Plaintiff Tanner*

Brian C. Gudmundson (MN Bar No.
0336695)
Michael J. Laird (MN Bar No. 0398436)

12

Madison M. DeMaris (MN Bar No. 0403467)
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
madison.demaris@zimmreed.com

MaryBeth V. Gibson*
GA Bar No. 725843
GIBSON CONSUMER LAW GROUP, LLC
4279 Roswell Road
Suite 208-108
Atlanta, GA 30342
Telephone: (678) 642-2503
marybeth@gibsonconsumerlawgroup.com

*Attorneys for Plaintiff Trevino*

Rebecca A. Peterson (MN Bar #392663)
HECHT PARTNERS LLP
1650 West 82nd Avenue, Suite 880
Bloomington, MN 55431
Phone: (612) 778-9595
Facsimile: (888) 421-4173
rpeterson@hechtpartners.com

Lori G. Feldman
Justin Alvarez-Herman
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Phone: (212) 851-6821
lfeldman@hechtpartners.com
jalvarezherman@hechtpartners.com

Brian C. Gudmundson (MN Bar No. 0336695)
Michael J. Laird (MN Bar No. 0398436)

13

Madison M. DeMaris (MN Bar No.
0403467)
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
madison.demaris@zimmreed.com

Jason D. Gustafson (MN Bar No. 0403297
)
THRONSET MICHENFELDER, LLC
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Telephone: (763) 515-6110
jason@thondsetlaw.com

*Attorneys for Plaintiffs Edell and Raths*

Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

Leigh S. Montgomery*
lmontgomery@eksm.com
ELLZEY KHERKHER SANFORD
MONTGOMERY, LLP
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

*Attorneys for Plaintiff Running*

14

Raina C. Borrelli (SBN: 0392127)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

William B. Federman (pro hac vice
forthcoming)
FEDERMAN & SHERWOOD
Oklahoma City, Oklahoma 73120
Beverly Hills, CA 90212
Tel: (405) 235-1560
wbf@federmanlaw.com

*Attorneys for Plaintiff Williams*

Brian C. Gudmundson (MN Bar No.
0336695)
Michael L. Laird (MN Bar No. 0398436)
Madison M. DeMaris (MN Bar No.
0403467)
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
madison.demaris@zimmreed.com

Arthur M. Murray (LA Bar No. 27694)*
Stephen B. Murray, Jr. (LA Bar No.
23877)*
Ruston Pritchard (LA Bar No. 38379)*
MURRAY LAW FIRM
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: (504) 525-8100
amurray@murray-lawfirm.com

15

smurrayjr@murray-lawfirm.com
rpritchard@murray-lawfirm.com

*Attorneys for Plaintiff Knuckles*

*\*pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I, Raina C. Borrelli, hereby certify that on June 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 16th day of June, 2026.

STRAUSS BORRELLI PLLC

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com