**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re Medtronic Data Sec. Incident Litig.*<br><br><br>This Document Relates to All Actions | Case No. 26-cv-2406 (DWF/DLM)<br><br>Hon. Donovan W. Frank<br><br><br>**PLAINTIFFS' CONSENSUS MOTION TO APPOINT PLAINTIFFS' LEADERSHIP COMMITTEE** |

Pursuant to Fed. R. Civ. P. 23(g)(3), Plaintiffs' hereby move the Court for an order

appointing Plaintiffs' Leadership Committee in this consolidated action. This motion is

based on the pleadings, files, records, and proceedings herein, as well as the

memorandum of law and declaration filed in support of this motion.

Dated:   June 23, 2026

Respectfully submitted,

*/s/ Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
David A. Goodwin (#386715)
Joe E. Nelson (#402378)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgoodwin@gustafsongluek.com
dgustafson@gustafsongluek.com
jnelson@gustafsongluek.com

*Attorneys for Plaintiff Tristan Tanner*

1

Raina C. Borrelli (SBN 032127)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

*Attorney for Plaintiffs Karen Sanders, Hart Kiser, Terri Running, and Celeste Williams*

Kate M. Baxter-Kauf (MN Bar #0392037)
Karen Hanson Riebel (MN Bar #219770)
Jacob E. Lanthier (MN ID #401845)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com
jelanthier@locklaw.com

*Attorneys for Plaintiff Carlos Jackson*

Melissa S. Weiner (MN Bar 0387900)
Ryan T. Gott (MN Bar No. 0397978)
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
Fax: (612) 389-0610
mweiner@pwfirm.com
rgott@pwfirm.com

*Attorneys for Plaintiffs Jerome McGrew and David Holmes*

Brian C. Gudmundson (MN Bar #0336695)
Michael L. Laird (MN Bar No. 0398436)
Madison M. DeMaris (MN Bar No. 0403467)
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street

2

Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
madison.demaris@zimmreed.com

*Attorneys for Plaintiffs Robin Jennings, Edward McCollough, Wanda Trevino, Randy Knuckles, and Richard Loughry*

Nicole S. Frank (#0388822)
**BRADFORD ANDRESEN NORRIE & CAMAROTTO**
3600 American Blvd. West, Ste. 670
Bloomington, MN 55431
Tel: (612) 474-1811
nfrank@banclaw.com

*Attorney for Plaintiff Sabrina Marquardt*

Rebecca A. Peterson (MN Bar #392663)
Krista K. Freier (MN Bar #390223)
Catherine A. Peterson (MN Bar #505172)
**HECHT PARTNERS LLP**
1650 West 82nd Avenue
Suite 880
Bloomington, MN 55431
Phone: (612) 778-9595
Facsimile: (888) 421-4173
rpeterson@hechtpartners.com
kfreier@hechtpartners.com
cpeterson@hechtpartners.com

*Attorneys for Plaintiffs Harvey Edell, Paul Cartwright and Dawn Van der Steeg*

Garrett D. Blanchfield (MN Bar #209855)
Brant D. Penney (MN Bar #316878)
**REINHARDT WENDORF & BLANCHFIELD**
80 South 8th Street
Suite 900
Minneapolis, MN 55402

3

Tel: (651) 287-2100
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com

*Attorneys for Plaintiff Adam McLain*

E Michelle Drake (MN Bar #0387366)
BERGER MONTAGUE PC
1229 Tyler Street NE
Suite 205
Minneapolis, MN 55413
Telephone: 612-594-5933
Facsimile: 612-584-4470
emdrake@bergermontague.com

*Attorney for Plaintiff Lisa Riley*

4